IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In RE:<br>**DIAMOND AND DIAMOND INC.**<br>Debtor | Case No. 17-04882 (MCF)<br><br>CHAPTER 11 |

**MOTION RESIGNING THE LEGAL REPRESENTATION OF DEBTOR**

**TO THE HONORABLE COURT:**

**COMES NOW,** the undersigned counsel, and very respectfully states and prays as follows:

1- That I am submitting today my withdrawal as Debtor's legal representation and request a 30-day term for Debtor to retain new counsel. In addition, within seven (7) days, I will submit a verified statement under penalty of perjury detailing any and all fees received from the Debtor or estate, and twenty-one (21) days thereafter, disgorge said fees, if any, and return them to the Debtor or estate, and submit evidence of such disgorgement.

2- The United States Trustee submitted on Docket 273, a Motion stating that she would not have an opposition to Debtor's counsel request as detailed on number 1 above.

3- Creditor World Gold and Diamonds filed on Docket 274 a Motion that does not opposes the subscribing attorney's resignation. (In that motion it is stated that this case was filed in 2016, which is wrong)

4- The subscribing attorney believes that it is in the best interest of Debtor to resign its

representation immediately in order not to divert this case from its normal process.

5- It is best for Debtor and for the subscribing attorney that the hearing set for June 19, 2019 be continued until debtor gets new representation.

6- The subscribing attorney is proud of the work performed for Debtor acting always with good faith and respect toward this Honorable Court, the U.S. Attorney and all other interested parties, and for the benefit of Debtor always as can be seen from all documents filed in this case.

**WHEREFORE**, it is respectfully requested that this Honorable Court accepts the subscribing attorney's resignation as Debtor's attorney, with the conditions and filings stated in number 1 above to be complied within the terms stated therein, to run from the date of the Order granting this motion if this Honorable Court does so, and grants Debtor's 30 days to seek new representation. It is also requested that the hearing set before this Honorable Court for June 19, 2019 be continued so that Debtor can have proper representation.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF

system. Which sends notification of such filing to all system's participants, including the U.S. Trustee's Office and Mr. David Martin, Creditor WGD's attorney.

**RESPECTFULLY SUBMITTED**

San Juan, Puerto Rico, this 11th day of June 2019.

## Proof of Service

The undersigned certifies that on even date herewith, he caused the above pleading to be served electronically (via ECF) on all parties having registered with the Court's ECF program in this case.

/s/ Hector Figueroa Vincenty

BY: /S/ HECTOR FIGUEROA VINCENTY

ESQ.

USDC No. 120006

Calle San Francisco #310

3er Piso Suite 32

San Juan, PR 00901

Phone: 787-378-1154

quiebras@elbufetedelpueblo.com